

**U.S. Department of Justice**

Criminal Division
Narcotic and Dangerous Drug Section

---

*1400 New York Avenue, N.W.*
*Washington, D.C. 20005*

January 10, 2008

Manuel J. Retureta, Esq.
601 Pennsylvania Avenue, NW
South Building–Suite 900
Washington, DC 20004
202-220-3073

      Re: *United States v. Nestor Dario Castro, a/k/a "Alberto", et al.* No. 06-101 (GK)

Dear Mr. Retureta:

      I am providing you with a fourth discovery package in connection with your representation of defendant Nestor Dario Castro, a/k/a "Alberto." Based upon the government's ongoing discovery obligations under the Federal Rules of Criminal Procedure, and other applicable authority, the fourth set of discovery for this case consists of the following enclosed items:

1.    4 DVD's and 4 CD's containing electronic audio files processed by the U.S. Secret Service Forensic Division for audio enhancement. These discs contain marginally improved versions of the relevant recorded conversations pertaining to the following previously provided exhibits:
   - N-8
   - N-9
   - N-97
   - N-102
   - N-112
   - N-114
   - N-119
   - N-120

2.    A CD containing electronic versions of preliminary draft dual column Spanish transcriptions/English translations of the following audio/video exhibits containing recorded conversations which were previously provided to you in discovery.
   - N-10 **(NDC00049)**
   - N-102 **(NDC00117-NDC00149)**
   - N-103 **(NDC00041-NDC00048)**
   - N-104 **(NDC00001-NDC00010)**
   - N-106 **(NDC00011-NDC00027)**

- N-113, Tracks 1-5 **(NDC00028-NDC00039)**

Should you have any questions, please contact me at 202-616-8648 or Mike Sheckels at 202-514-0847. Because of the delays in our receiving mail, please send me correspondence via fax at 202-305-9825 or by email jim.faulkner@usdoj.gov.

                                      Sincerely,

                                      Jim Faulkner
                                      Trial Attorney