UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)<br>NESTOR DARIO CASTRO                 )<br>    a/k/a "Alberto"                              )<br>)<br>HAROL RODRIGO SUAREZ-GARCIA )<br>    a/k/a "Jose Luis Herrera",              )<br>    a/k/a "Chico", a/k/a "Dominick"    )<br>)<br>               Defendants       ) | Crim. No. 06-101-2 (GK) |

## GOVERNMENT'S SUPPLEMENTAL SUBMISSION IN RESPONSE TO COURT'S MEMORANDUM ORDER OF DECEMBER 12, 2007

The government submits the following additional information to the Court to supplement its filing yesterday (ECF document 19) in response to the Court's Memorandum Order of December 12, 2007.

All of the intercepts and recordings in the case were provided to defense counsel for Mr. Castro on November 8, 2007 (ECF document 19-3). Mr. Castro's native language is Spanish, and defense counsel, Mr. Retureta, is fluent in Spanish. The 132 pages of DEA Form 6's, foreign office DEA cables, and Form DEA-7's provided on October 30, 2007 summarize the content of these recordings.

As stated in yesterday's filing, two hours of conversation were transcribed and translated and provided to Mr. Retureta in draft form on January 10, 2008, while another four hours of recordings enhanced by the Secret Service were sent out for translation after being received by that agency.

1

In the present filing, the government wishes to inform the court that another seven hours of recordings are being sent out to translation this week as well. The undersigned had requested detailed summaries of these recordings in November 2007 in order to select the recordings to be fully transcribed and translated. However, due to the delay in receiving such summaries, the government has decided to transcribe and translate all of the conversations.

In sum, there are approximately eleven hours of recordings that still need to be transcribed and translated. The government estimates that it will receive these recordings back from translation services within 60 days.

Respectfully submitted,

_____
James A. Faulkner
Trial Attorney
Narcotic and Dangerous Drug Section
United States Department of Justice

1400 New York Ave., NW, 8th Floor
Washington, D.C. 20005
202-616-8648

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was delivered to defense counsel via ECF on this date, January 16, 2008.

_____
James A. Faulkner