UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :

          v.                          :   CR. NO. 06-101-01 (GK)

HAROL SUAREZ-GARCIA                   :

DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO
HIS REQUEST FOR TRANSFER TO THE CORRECTIONAL TREATMENT CENTER

      The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully seeks to briefly reply to the government's opposition to his request to be transferred to the Correctional Treatment Center (CTF). In reply, the defendant states the following:

      1. The government's opposition seems to overlook certain realities of incarceration in the District of Columbia. The number of computers in the D.C. Jail as opposed to those at CTF is not really the issue. Mr. Suarez-Garcia would have the use of co-counsel's computer and would be in the enviable position of having a private computer. Access to the law library at the jail is always a problem. It is simply a reality of the jail where survival of the fittest seems to govern who uses the telephone and library resources. The defendant's lack of fluency in English hinders him in the general competition.

      2. CTF has far better access to library time. It is likely a function of a female population which frequently involves offenses that are not particularly complex or heavy with discovery. Also, the number of cooperating witnesses at CTF lessens library requirements.

      2. The co-defendant in this case is already housed at CTF. Manuel Retureta, Esq. has

furnished a laptop computer to the CTF law library for the private use by his client and has provided the library with the discovery materials. The co-defendant now has the opportunity to review these materials on his own time.  Mr. Retureta has graciously offered to allow Mr. Suarez to review those same materials if he is transferred to CTF.  The government suggests that a second complete set of discovery, numerous cd's, be supplied to the jail.  Placing the discovery on audio tapes will add nothing since the defendant will not have access to a tape player on his own.

      4. The government's principal argument seems to be its desire to keep the defendants away from one another.  The government believes that contact between them might retard it (the government's) ability to gain a potential witness.  Counsel commends the government for its candor, but hardly believes that this is an adequate reason for ordering their continued separation.[1]  moreover, it is unclear that they will have contact even if incarcerated in the same facility.

      5. Simply put, the government doesn't like the idea and has used its influence to implement its view of how things should be.  The defendant believes that in light of the efficiency and economy in reviewing discovery, the government's "wish list" should be honored by this court.

      WHEREFORE, for the foregoing   reasons, the defendant respectfully requests that this honorable court order his transfer to the Central Treatment Facility.

---

[1] Could the government keep the defendants separate if they wished to cooperate in connection with their mutual defense.

Respectfully submitted,

_____
Edward C. Sussman, No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served by electronic filing on all interested parties, this 22nd day of February, 2008.
.

_____
Edward C. Sussman