UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CR. NO. 06-101-01(GK) |
| HAROL SUAREZ-GARCIA | : |

<u>O R D E R</u>

The court has before it the unopposed request of the defendant that he be permitted access to the D.C. law library three times per week for the purpose of reviewing materials that have specifically been provided for his review. The court notes that the defendant has advanced good cause for his request and that such transfer will facilitate the ends of justice and judicial economy. It is, therefore, this ____ day of March, 2008,

ORDERED, that the motion be, and hereby is, granted.

_____
GLADY KESSLER
UNITED STATES DISTRICT JUDGE

cc:    Deputy Warden Brenda Ward
        D.C. Jail
        1901 D Street S.E.
        Washington, D.C. 20003

1

Maria Amato, Esq.
Office of the General Counsel
D.C. Department of Corrections
Washington, D.C.
Washington, D.C. 20530
Fax 202 514-8707


U.S. Marshal'S Service
Prisoner Coordination Section
U.S. Courthouse
Washington, D.C. 20001
.
Records Office
D.C. Jail
1901 D Street S.E.
Washington, D.C. 20003

Case 1:06-cr-00101    Document 38-2    Filed 03/09/2008    Page 3 of 3