UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   CR. NO. 06-101-01(GK) |
| HAROL SUAREZ-GARCIA | : |

### O R D E R

The court has before it the request of the defendant that the court order the government to disclose all other crimes evidence it will seek to admit at trial pursuant to FRE 404(b).  The court notes that the defendant has advanced good cause for his request and that early disclosure will further the ends of justice. It is, therefore, this ____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that such disclosure be made by _____, 2008.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE