UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-101-01 (GK) |
| HAROL SUAREZ-GARCIA | : | |

O R D E R

The court has before it the request of the defendant that the government be required to produce information regarding any and all custodial statements made by co-defendants in this matter. The court finds good cause for the granting of this request. It is, therefore, this ____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE