UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CR. NO. 06-101-01 (GK) |
| HAROL RODRIGO SUAREZ-GARCIA | : |

DEFENDANT'S REQUEST TO ADOPT
<u>MOTIONS OF CO-DEFENDANTS</u>

      The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure respectfully requests that this honorable court permit him to adopt motions that have been filed by his co-defendant prior to the scheduled motions hearing.. In support of his request, the defendant states the following:

      1. The defendant stands indicted in a conspiracy to distribute narcotics. While the defendant has already filed various pre-trial motions, it appears clear that many of the issues raised by the co-defendant will involve questions that are common to Mr. Suarez-Garcia.

      2. For that reason, and in the interest of judicial economy, the defendant would request permission to join in those motions in which he has standing and which he could file on his own behalf. So that there is no confusion regarding what motions he seeks to join, the defendant is prepared to specify the exact motions in a filing that will be submitted prior to the government's response date. In that way, the government should not be prejudiced if there are evidentiary matters or particular arguments that they feel obligated to raise with respect to defendant Suarez-Garcia.

3. The interests of justice favor the granting of this motion.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and permit him to adopt relevant motions filed on behalf of the co-defendants.

Respectfully submitted,

_____/s/_____
Edward C. Sussman No. 174623
Counsel for Defendant Sussman
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2008, a copy of the foregoing was served electronically, on all interested parties.

_____/s/_____
Edward C. Sussman