UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) **Criminal Case No. 06-101 (GK)**<br>HAROL RODRIGO SUAREZ-GARCIA, )<br>)<br>NESTOR DARIO CASTRO, )<br>)<br>Defendants. ) | |

## ORDER

Upon consideration of the defendants' "Motion for a Pre-Trial Hearing Regarding Co-Defendant Statements That Are Alleged to Be in Furtherance of The Conspiracy," and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**.

DATE: _____

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT