UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>HAROL RODRIGO SUAREZ-GARCIA, )<br>)<br>NESTOR DARIO CASTRO,                )<br>)<br>)<br>Defendants.                       ) | Crim. No. 06-101 (GK) |

## ORDER

Upon consideration of the defendants' "Request for Preservation of Electronic Mail" and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**. Upon considering the Government's request for a pretrial ruling regarding the admissibility of email communications, the Court affirms the admissibility of the electronic communications in question, subject to the Government's proffered method of authentication and a valid evidentiary basis for such admission being established during the course of the trial.

DATE: _____

                                                                    _____
                                                                    GLADYS KESSLER
                                                                    JUDGE
                                                                    UNITED STATES DISTRICT COURT