UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-101 (GK) |
| NESTOR DARIO CASTRO, | : |
| Defendant. | : |

### ORDER

Defendant Castro has filed a Motion for Early Disclosure of <u>Jencks</u> and <u>Giglio</u> Material and Witness/Exhibit List. Upon consideration of that Motion and the Opposition,[1] the Court concludes that the Motion should be **granted in part and denied in part**.

WHEREFORE, it is this /10/ day of June, 2008, hereby

ORDERED, that Government counsel shall provide to the defense all <u>Jencks</u> and <u>Giglio</u> material for witnesses the Thursday before each such witness is expected to testify; and it is further

ORDERED, that Government counsel shall provide to the defense an exhibit list **one week** prior to the commencement of trial; and it is further

ORDERED, that Government counsel shall provide to the defense a witness list **two weeks** prior to the commencement of trial. That witness list shall be subject to a Protective Order that counsel are to agree upon and present to the Court no later than July 1, 2008.

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1] No Reply was filed.